# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kenneth L. Brown</u>       Case Number: <u>3:02-00080</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes Jr., Chief U. S. District Judge</u>

Date of Original Sentence: <u>November 30, 2004</u>

Original Offense: <u>18 U.S.C.§ 922(g)(1) and 924, Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>120 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>April 24, 2011</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>    Defense Attorney: <u>C. Doug Thoresen</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended*

☐ The Issuance of a Warrant

    ☐ Sealed Pending Warrant Execution
        (cc: U.S. Probation and U.S. Marshal only)

☐ The Issuance of a Summons

☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*Kara Sanders*

Kara Sanders
U.S. Probation Officer

Considered this _8th_ day of _July_, 2013,
and made a part of the records in the above case.

William J. Haynes, Jr.
Chief U. S. District Judge

Place   Nashville, Tennessee

Date   July 5, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.      Nature of Noncompliance

1.      **The defendant shall not commit another federal, state or local crime:**

On May 22, 2013, Kenneth Brown was arrested by Metro Nashville police and charged with a sex offender registration violation. On this occasion his state probation officer, Garen Blanchard, alleged that Mr. Brown failed to report his address change within 72 hours as required by law. Mr. Brown is a registered sex offender in Tennessee and has been notified of this requirement on multiple occasions.

It should be noted, that on April 15, 2013, Mr. Brown did report to the State Probation Office and notified them that on April 16, 2013, he would be moving to 713 Blackstone Ave., Madison, Tennessee. He made this report in person to the State Probation Officer N'gasha Graham, who is assigned to the sex offender unit.

On June 20, 2013, Kenneth Brown was arrested and charged with violation of his state probation with the State of Tennessee. The above charge was the basis of the violation. He is currently in custody with no bond and a court date is pending.

**Compliance with Supervision Conditions and Prior Interventions:**

Kenneth L. Brown began his three year term of supervised release on April 24, 2011. In December 2011, he was convicted in Davidson County Criminal Court for Theft Under $500. He was sentenced to serve 11 months and 29 days. He served approximately six months and his supervision was tolled. His term of supervised release is now set to expire on October 20, 2014. This arrest and conviction was reported to the Court.

Mr. Brown was released from the Davidson County jail in June 2012. Since that time he has maintained employment and a stable residence. However, due to the arrest for failure to register as a sex offender, he was terminated from his employment on June 20, 2013. He has tested negative for illegal drugs and complied with all other conditions of release.

Mr. Brown had three counts of failure to update the sex offender registry pending in state court when he was released in June 2012. On March 17, 2013, he was convicted of all counts and sentenced to 11 months and 29 days on all three counts to run consecutive, all suspended to be served on state probation. Mr. Brown was also placed on electronic monitoring with state probation due to his sex offender status.

**<u>U.S. Probation Officer Recommendation</u>:**

It is respectfully recommended that no action be taken at this time and Mr. Brown be allowed to continue on supervision.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer