PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kenneth L. Brown</u>  Case Number:<u> 3:02-00080</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>November 30, 2004</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) and § 924 Convicted Felon in Possession of Firearms</u>

Original Sentence: <u>120 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>April 24, 2011</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>  Defense Attorney: <u>Doug Thoresen</u>

---

**THE COURT ORDERS:**

☐ No Action
☒ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _26th_ day of _June_, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Donna Jackson
Intensive Supervision Specialist

Place          Nashville, Tennessee

Date           June 26, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

1.  **The Defendant shall not commit another federal, state or local crime.**

    On May 28, 2014, Mr. Brown was cited by the Nashville Metropolitan Police Department for Driving on a Revoked License. He pled guilty to a lessor charge of No Driver's License on June 20, 2014. He was ordered to pay court cost and fines.

2.  **The Defendant shall submit a truthful and complete written rerport within the first five days of each month.**

    On June 13, 2014, Mr. Brown submitted a monthly supervision report for the month of May 2014 and reported no contact with law enforcement and no new criminal charges.

3.  **The Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

    Mr. Brown did not report his contact with law enforcement on May 28, 2014, nor did he report being booked on the driving offense on June 20, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Kenneth L. Brown began his three year term of supervised release on April 24, 2011. In December 2011, he was convicted in Davidson County Criminal Court for Theft Under $500. He was sentenced to serve 11 months and 29 days. He served approximately six months and his supervision was tolled. His term of supervised release is now set to expire on October 20, 2014. This arrest and conviction was reported to the Court.

Other than the behavior listed in the previously filed reports and the violation behavior listed above, the offender had charges for Driving on Revoked License on October 26, 2013, and October 29, 2013, both were dismissed. Mr. Brown has stable residence and employment at this time.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that no further action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

The United States Attorney's office has been consulted and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer