UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:02-00080 |
| | ) Chief Judge Haynes |
| KENNETH L. BROWN | ) |

MOTION TO SUBSTITUTE COUNSEL

Comes Mariah A. Wooten, First Assistant Federal Public Defender, and hereby moves this Honorable Court to substitute her as counsel of record in place of Dumaka Shabazz in the above-styled case.

Respectfully submitted,

s/ Mariah A. Wooten
MARIAH A. WOOTEN
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Mariah_wooten@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I electronically filed the foregoing Motion to Substitute Counsel with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Philip H. Wehby, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Mariah A. Wooten
MARIAH A. WOOTEN