| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:02-00080 |
| | ) | CHIEF JUDGE HAYNES |
| | ) | |
| KENNETH L. BROWN | ) | |

*[Handwritten note: ORDER — This motion is GRANTED and the hearing is reset for the same time. /s/ 9-19-14]*

## MOTION TO CONTINUE SEPTEMBER 26 REVOCATION HEARING

Through counsel, defendant Kenneth L. Brown requests that the Court continue the

revocation hearing, currently set on September 26, 2014, and that the hearing be re-set on Friday,

October 17, 2014. The government has no opposition to this motion.

In support of this motion, the parties would show the following: Mr. Brown is released

on bond pending resolution of this matter. The alleged supervised release violations involve

driving infractions and Mr. Brown's lack of a driver's license. Mr. Brown has been working to

resolve these matters, and the parties hope to resolve this matter by agreement, but need some

additional time to resolve it.

For these reasons, the parties ask the Court to continue this matter until Friday, October

17, 2014.

Respectfully submitted,

*s/ Caryll S. Alpert by permission for*
MARIAH A. WOOTEN
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I electronically filed the foregoing Motion to
Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which
will send a Notice of Electronic Filing to Philip H. Wehby, Assistant United States Attorney, 110
Ninth Avenue South, Suite A961, Nashville, TN 37203.

*s/ Caryll S. Alpert by permission for*
MARIAH A. WOOTEN